GEOFFREY A. HANSEN
Acting Federal Public Defender
SHAWN HALBERT
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant Gerasimo Marin Delarosa

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> GERASIMO MARIN DELAROSA, <br> Defendant. | No. CR 12-00179 CRB <br><br> STIPULATION AND [PROPOSED] ORDER CONTINUING APPEARANCE DATE FROM APRIL 4, 2012 TO APRIL 25, 2012 AND EXCLUDING TIME UNDER 18 U.S.C. § 3161 |

## STIPULATION

The parties are scheduled to appear before this Court on April 4, 2012. The Court was intending to move that date to April 5, 2012 but defense counsel will be unavailable on that date. The defense requests that the matter be continued to April 25, 2012 at 2:00 p.m. The government has no objection to this request.

The parties also agree that the time between April 4, 2012 and April 25, 2012 should be excluded under the Speedy Trial Act; the continuance is necessary for effective preparation of counsel and continuity of counsel, 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv), and the ends of justice served by granting such a continuance outweigh the best interests of the public and the

STIPULATION AND [PROPOSED] ORDER
CONTINUING COURT DATE
No. CR 12-00179 CRB

1 | defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).
2 | SO STIPULATED.

MELINDA HAAG
United States Attorney

Dated: 4/3/2012 /s/

LOWELL POWELL
Assistant United States Attorney

Dated: 4/3/2012 /s/

SHAWN HALBERT
Attorney for Defendant

STIPULATION AND [PROPOSED] ORDER
CONTINUING COURT DATE
No. CR 12-00179 CRB

**ORDER**

For the reasons stated above, the Court continues the status date in this matter from April 4, 2012 to April 25, 2012. IT IS ALSO ORDERED THAT the time between April 4, 2012 and April 25, 2012 should be excluded under the Speedy Trial Act; the continuance is necessary for effective preparation of counsel and continuity of counsel, 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv), and the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

DATED: 4/3/12

THE HONORABLE CHARLES R. BREYER
United States District Judge